# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANDEL S. BURRELL, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of Social Security, | : | NO. 21-3662 |
|     Defendant. | : | |

## O R D E R

**AND NOW**, this 10th day of March, 2022, it is hereby **ORDERED** that Plaintiff's Request for Review is **DENIED**, and judgment is entered in favor of the Defendant; the Clerk of Court is hereby directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRATE JUDGE